LOUIS FRANCHINO, APPELLANT, v. OVERSEER OF THE POOR OF THE CITY OF ORANGE, RESPONDENT.

Submitted October 28, 1927—Decided February 6, 1928.

For the appellant, *Howe & Davis.*

For the respondent, *J. Victor D'Aloia.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Campbell in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MINTURN, KALISCH, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.